CHRISTOPHER LOCHMANN, Appellant, *v.* ELLEN MEEHAN, Respondent.

(Argued April 20, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 27, 1893, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial at Special Term.

*Philip L. Wilson* for appellant.

*William E. C. Mayer* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., taking no part.
Judgment affirmed.

---

EUGENE STAUBSANDT, Respondent, *v.* WILLIAM F. LENNON, Appellant.

(Argued April 20, 1894; decided May 4, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made March 6, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*James Kearney* for appellant.

*John C. Coleman* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.